UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 09 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                   CASE NO. 4:06cr00091-01 JMM

GEORGE BRYAN PITTS                                          DEFENDANT

## ORDER

Defendant appeared in Court today March 9, 2006, and signed a Waiver of Indictment and entered a guilty plea to an Information. Following the hearing, Defendant was drug tested and tested positive for an illegal drug. A hearing is scheduled Monday, March 13, 2006, at 10:00 a.m., or at a later date if Defendant still tests positive, to ratify the waiver and plea entered today. The Court must be sure that Defendant's ability to understand the proceedings and participate in his defense is not impaired.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED this 9th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE